In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13082

_____

KENNETH ZINK,

*Plaintiff-Appellant,*

*versus*

FLORIDA DEPARTMENT OF CORRECTIONS,
SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,
CONSUELA ROBINSON,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:24-cv-00009-AW-MJF

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 18, 2026

For the Court: DAVID J. SMITH, Clerk of Court